**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**MARC PIERRE HALL,**

        **Plaintiff,**

**v.**                                                                   **Civil Action No. 5:20cv36
(Judge Bailey)**

**UNITED STATES, et al.,**

        **Defendants.**

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On February 19, 2020, the plaintiff filed a complaint regarding his medical care at USP Hazelton. However, because the complaint was not on the Court-approved form, the Clerk of Court issued the plaintiff a Notice of Deficient Pleading and Intent to Dismiss. The Notice informed the plaintiff that this case would be dismissed within 30 days, and if he wished to pursue his complaint, he would have to refile it on the Court-approved form.

On March 24, 2020, the plaintiff refiled his Complaint on the Court-approved form, and it has been assigned Civil Action No. 5:20CV59. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED** and all matters relating to the complaint shall proceed in Civil Action No. 5:20CV59. The Court further **ORDERS** that the pending Motions **[Docs. 6 & 7]** be **DENIED AS MOOT**.

The Clerk is **DIRECTED** to mail a copy of this Order to the plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** March 25, 2020.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE